CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 9 2008

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| DANIEL PAYNE SHADWELL,<br>    Petitioner, | Civil Action No. 7:08-cv-00539 |
| v. | **FINAL ORDER** |
| BRUCE CONOVER, et al.,<br>    Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Shadwell's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED without prejudice**; Shadwell's motion to proceed in forma pauperis is **DENIED as moot**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER:** This ____ day of October, 2008.

_____
United States District Judge